```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 32551
   GENE GORDON ROUSE JR
   DEBRA ANN ROUSE                           CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-3676    SSN XXX-XX-9527

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/17/2005 and was confirmed 12/15/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 03/07/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID           PAID
-------------------------------------------------------------------------------
BANK OF AMERICA NA         CURRENT MORTG        .00           .00            .00
BANK OF AMERICA NA         MORTGAGE ARRE    2146.67           .00        2146.67
ILLINOIS TITLE LOANS       SECURED          2500.00        157.90        2500.00
ILLINOIS TITLE LOANS       UNSECURED        2001.01           .00        2001.01
MAGIC TREE                 SECURED          1418.23           .00        1418.23
INTERNAL REVENUE SERVICE   PRIORITY         1307.74           .00        1307.74
AMERICASH                  UNSECURED       NOT FILED          .00            .00
AMERICASH LOANS LLC        UNSECURED         748.38           .00         748.38
AMERICASH LOANS LLC        UNSECURED        1582.22           .00        1582.22
CAPITAL ONE                UNSECURED         687.52           .00         687.52
CAPITAL ONE BANK           NOTICE ONLY    NOT FILED           .00            .00
BANK OF AMERICA NA         UNSECURED      NOT FILED           .00            .00
NICOR GAS                  UNSECURED        1041.71           .00        1041.71
CAPITAL ONE                UNSECURED         627.73           .00         627.73
CAPITAL ONE                UNSECURED        3106.56           .00        3106.56
CAPITAL ONE                UNSECURED        1093.06           .00        1093.06
INTERNAL REVENUE SERVICE   UNSECURED        3274.69           .00        3274.69
OSI PORTFOLIO SERVICES     UNSECURED        1550.11           .00        1550.11
BANK OF AMERICA            NOTICE ONLY    NOT FILED           .00            .00
ERNESTO D BORGES JR        DEBTOR ATTY     2,300.00                     2,300.00
TOM VAUGHN                 TRUSTEE                                      1,544.31
DEBTOR REFUND              REFUND                                         249.37

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE             27,337.21

PRIORITY                                     1,307.74
SECURED                                      6,064.90
    INTEREST                                   157.90

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 32551 GENE GORDON ROUSE JR & DEBRA ANN ROUSE
```

```
UNSECURED                                                  15,712.99
ADMINISTRATIVE                                              2,300.00
TRUSTEE COMPENSATION                                        1,544.31
DEBTOR REFUND                                                 249.37
                                   ---------------    ---------------
TOTALS                                   27,337.21          27,337.21
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
    Dated: 06/26/08              _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE